# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| ISAIAH WILKINS, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> LLOYD G. AUSTIN III, et al., <br><br> Defendants-Appellants. | No. 24-2079 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND JOINT APPENDIX

Pursuant to Federal Rule of Appellate Procedure 26(b), defendants-appellants respectfully request a 60-day extension of time, to and including February 21, 2025, in which to file their opening brief and the joint appendix in this case. Plaintiffs-appellees do not oppose the requested extension.

1. Under the clerk's order issued November 12, 2024, appellants' opening brief and the joint appendix are currently due December 23.

2. Appellants respectfully request a 60-day extension of those deadlines, to February 21, 2025.

3. The requested extension is necessary because Brad

Hinshelwood, the attorney with responsibility for drafting the opening brief in this matter, has been occupied with multiple other matters during the current briefing period, including oral argument in *Coin Center v. Secretary of the Treasury*, No. 23-13698 (11th Cir.), held on November 19, and a supplemental letter brief in that case, due December 13 (as extended); a response brief in *State of Kansas v. Garland*, No. 24-3101 (10th Cir.), filed November 20 (as extended); oral argument in an expedited appeal in *National Association for Gun Rights v. Garland*, No. 24-10707 (5th Cir.), held on December 9; a reply brief in *State of Texas v. ATF*, No. 24-10612 (5th Cir.), due December 19 (as extended); and an opening cross-appeal brief in *Bergdahl v. United States*, Nos. 24-5150, -5154 (D.C. Cir.), due January 21. In addition, Mr. Hinshelwood was out of the office for much of the week of November 25 for the Thanksgiving holiday, and will be out of the office for the week of the Christmas holiday and portions of the following week surrounding the New Year's holiday.

The extension is also necessary because the supervisory attorney on this matter, Charles Scarborough, has supervisory responsibility for multiple other matters during the briefing period, including a response

brief in *Aranda v. Commissioner of Social Security*, No. 24-11548 (11th Cir.), filed November 15; an opening brief in *State of Tennessee v. Becerra*, No. 24-60462 (5th Cir.), filed November 21; a reply in support of a stay pending appeal in *Powers v. Secretary of Veterans Affairs*, No. 24-6576 (9th Cir.), filed November 22; an opening brief in *State of Texas v. Becerra*, No. 24-40568 (5th Cir.), filed November 27; an intervenor brief filed in *Jackson Creek Marine LLC v. State Highway Administration of Maryland*, No. 24-1788 (4th Cir.), due December 12; a response brief in *Martin v. FBI*, No. 24-5144 (D.C. Cir.), due December 18; an opening brief in *State of Florida v. Department of Health and Human Services*, No. 24-12826 (11th Cir.), due January 2; a response brief in *Dixon v. Yellen*, No. 24-5110 (D.C. Cir.), due January 2; an opening brief in *U.S. ex rel. Zafirov v. Florida Medical Associates LLC*, No. 24-13581 (11th Cir.), due January 8; an opening brief in the aforementioned *Powers* case, due January 17; and a response brief in *U.S. ex rel. Jackson v. Ventavia Resource Group*, No. 24-40564 (5th Cir.), due January 27. Mr. Scarborough also has supervisory responsibility for oral arguments in *U.S. ex rel. Bennett v. Bayer Corp.*, No. 24-1807 (3d Cir.), on January 13, and *Sigoloff v. Austin*, No. 23-

3

2137 (4th Cir.), on January 29.  Mr. Scarborough will also be out of the office around the Christmas and New Year's holidays.

4.  We have consulted with counsel for appellees, and they have stated that they do not oppose the requested extension.

                        Respectfully submitted,

                        BRIAN M. BOYNTON
                          *Principal Deputy Assistant*
                          *Attorney General*

                        CHARLES W. SCARBOROUGH

                        */s/ Brad Hinshelwood*
                        BRAD HINSHELWOOD
                        *Attorneys, Appellate Staff*
                         *Civil Division, Room 7256*
                         *U.S. Department of Justice*
                         *950 Pennsylvania Avenue NW*
                         *Washington, DC 20530*
                        *(202) 514-7823*

December 10, 2024

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(2)(a) as it contains 571 words, excluding those portions exempted by Rule 32(f). I certify that the motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) as it is prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

*/s/ Brad Hinshelwood*
BRAD HINSHELWOOD
