FILED:  December 11, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-2079
(1:22-cv-01272-LMB-IDD)

———————————

ISAIAH WILKINS; CAROL COE; NATALIE NOE; MINORITY VETERANS OF
AMERICA

        Plaintiffs - Appellees

v.

LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense; CHRISTINE
WORMUTH, in her official capacity as Secretary of the Army

        Defendants - Appellants

———————————

O R D E R

———————————

The court grants an extension of the briefing schedule. Any further request for an

extension of time in which to file the opening brief and joint appendix shall be disfavored.

The briefing schedule is extended as follows:

        Joint appendix due: 02/21/2025

        Opening brief due: 02/21/2025

        Response brief due: 03/24/2025

        Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk