# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| ISAIAH WILKINS, ET AL.,<br>   Plaintiffs-Appellees,<br>v.<br>PETE HEGSETH, ET AL.,<br>   Defendants-Appellants. | No. 24-2079 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RULE 30(c) PAGE PROOF RESPONSE BRIEF, JOINT APPENDIX, AND FINAL FORM RESPONSE BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b), Plaintiffs-Appellees respectfully request a 60-day extension of time, to and including July 7, 2025, in which to file their Rule 30(c) page-proof response brief in this case. Accordingly, Plaintiffs-Appellees also respectfully request a 60-day extension of time, to and including July 21, 2025, in which to file the Joint Appendix, and a 60-day extension of time, to and including August 1, 2025, in which to file the response brief in its final form. Defendants-Appellants do not oppose the requested extension.

1. Pursuant to the clerk's order issued February 27, 2025, Plaintiffs-Appellees' Rule 30(c) page-proof response brief is currently due May 8, 2025. *See* Dkt. 30.

2. Additionally, under the clerk's order, the Joint Appendix is due May 22, 2025, and the final form of the briefs (opening, response, and reply) are due on June 2, 2025. *Id.*

3. Plaintiffs-Appellees respectfully request a 60-day extension of the deadline for the Rule 30(c) page-proof response brief, to July 7, 2025.

4. Plaintiffs-Appellees similarly request a 60-day extension of the deadline for the Joint Appendix to July 21, 2025, and the deadline for the response brief in its final form to August 1, 2025.

5. The requested extension is necessary because lead counsel, Bryce Cooper, has been occupied with multiple matters during the current briefing period, including preparation for the first bellwether trial in *In re: Abbott Laboratories, et al. Preterm Infant Nutrition Products Liability Litigation*, MDL No. 3026 (N.D. Ill.), scheduled to begin on May 5, 2025, and associated pre-trial motions, filings, and pre-trial conference with oral arguments on April 17, 2025; briefing deadlines on multiple discovery motions in *Irby v. Abbott Laboratories et al.*, Case No. 2222-CC10023 (Mo. Cir. Ct.) on April 23, 2025; and depositions in *Ennix v. Plantation General Hospital*

*et al.*, Case No. 2023CA020810AXXXCE (Fla. Cir. Ct.) on April 22, April 23 and April 30, 2025.

6. Further co-counsel, Peter E. Perkowski, has been occupied with summary judgment briefing in *BackGrid USA, Inc. et al. v. Hot In Here, Inc. et al.*, No. 2:24-cv-5751 (C.D. Cal.), which is due May 7, 2025.

7. Defendants-Appellants likewise moved unopposed for a 60-day extension of their opening brief, which this Court granted. *See* Dkt. 14.

8. Plaintiffs-Appellees have conferred with Defendants-Appellants about the requested extension and Defendants-Appellants stated they do not oppose.

Respectfully submitted,

/s/ Bryce Cooper
Bryce Cooper
BCooper@winston.com
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600

Robert T. Vlasis, III
RVlasis@winston.com
Winston & Strawn LLP
1901 L Street NW

3

Washington, DC 20036
(202) 282-5000

Peter E. Perkowski
peter@perkowskilegal.com
Perkowski Legal, PC
515 S. Flower St.,
Suite 1800
Los Angeles, CA 90071
(213) 340-5796

April 25, 2025

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(2)(a) as it contains 389 words, excluding those portions exempted by Rule 32(f). I certify that the motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) as it is prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/ Bryce Cooper  
Bryce Cooper
