UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2079
(1:22-cv-01272-LMB-IDD)
_____

ISAIAH WILKINS; CAROL COE; NATALIE NOE; MINORITY VETERANS OF AMERICA

      Plaintiffs - Appellees

v.

PETE HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army

      Defendants - Appellants

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

FRAP 30(c) page-proof response brief & service of additional designations due: 07/07/2025

Joint appendix due: 07/21/2025

Opening brief, response brief, and any reply brief in final form due: 07/31/2025

Any further request for an extension of time in which to file the page-proof

response brief shall be disfavored.

                                        For the Court--By Direction

                                        /s/ Nwamaka Anowi, Clerk