FILED:  July 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-2079
(1:22-cv-01272-LMB-IDD)

———————————

ISAIAH WILKINS; CAROL COE; NATALIE NOE; MINORITY VETERANS
OF AMERICA

        Plaintiffs - Appellees

v.

PETE HEGSETH, in his official capacity as Secretary of Defense; MARK
AVERILL, in his official capacity as Acting Secretary of the Army

        Defendants - Appellants

------------------------------

CENTER FOR HIV LAW AND POLICY; NATIONAL ALLIANCE OF STATE
& TERRITORIAL AIDS DIRECTORS; AMERICAN CIVIL LIBERTIES
UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; WHITMAN-
WALKER CLINIC, INC.; COMMUNITY RESOURCE INITIATIVE; SERO
PROJECT

        Amici Supporting Appellee

———————————

O R D E R

———————————

Center for HIV Law and Policy, National Alliance of State & Territorial

AIDS Directors, American Civil Liberties Union, American Civil Liberties Union

of Virginia, Whitman-Walker Clinic, Inc., Community Resource Initiative, SERO Project have filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.


For the Court--By Direction

/s/ Nwamaka Anowi, Clerk