# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 9, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No. 24-2079,   <u>Isaiah Wilkins v. Pete Hegseth</u>
              1:22-cv-01272-LMB-IDD

TO:   National Alliance of State & Territorial AIDS Directors
      Center for HIV Law and Policy
      Mark Averill
      Natalie Noe
      Pete Hegseth
      American Civil Liberties Union of Virginia
      Carol Coe
      Minority Veterans of America
      Community Resource Initiative
      Whitman-Walker Clinic, Inc.
      Institute for Justice
      Isaiah Wilkins
      American Civil Liberties Union
      SERO Project

**RESPONSE DUE: 09/12/2025**

Response is required to the notice requesting information regarding similar cases on or before 09/12/2025. **Please use the following form to submit response:** [Response - Similar Cases](#)**, using the event: RESPONSE/ANSWER (to Similar Case notice).**

K. Hancock, Deputy Clerk
804-916-2702