# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 10, 2025

_____

RULE 46 ADDITIONAL COPIES

_____

No. 24-2079,  Isaiah Wilkins v. Pete Hegseth
1:22-cv-01272-LMB-IDD

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 10/14/2025**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| **Amicus Brief** | 4 | **Institute for Justice** |
| **Amicus Brief** | 4 | **ACLU, Whitman-Walker Clinic, Inc., American Civil Liberties Union of Virginia, Center for HIV Law and Policy, National Alliance of State & Territorial AIDS Directors, Community Resource Initiative and SERO Project** |

/s/ NWAMAKA ANOWI, CLERK