# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 23, 2025

_____

RESPONSE REQUESTED

_____

No. 24-2079,  Isaiah Wilkins v. Pete Hegseth
             1:22-cv-01272-LMB-IDD

TO:     Mark Averill
        Pete Hegseth

**RESPONSE DUE: 12/30/2025**

Response is required to the motion to modify order staying injunction on or before 12/30/2025.

K. Hancock, Deputy Clerk
804-916-2702