FILED: January 6, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2079
(1:22-cv-01272-LMB-IDD)

_____

ISAIAH WILKINS; CAROL COE; NATALIE NOE; MINORITY VETERANS OF AMERICA

        Plaintiffs - Appellees

v.

PETE HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army

        Defendants - Appellants

------------------------------

CENTER FOR HIV LAW AND POLICY; NATIONAL ALLIANCE OF STATE & TERRITORIAL AIDS DIRECTORS; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; WHITMAN-WALKER CLINIC, INC.; COMMUNITY RESOURCE INITIATIVE; SERO PROJECT; INSTITUTE FOR JUSTICE

        Amici Supporting Appellees

_____

O R D E R

_____

Upon consideration of submissions relative to appellees' motion to modify order staying injunction, the court denies the motion.

For the Court

/s/ Nwamaka Anowi, Clerk