FILED: February 18, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2079
(1:22-cv-01272-LMB-IDD)

_____

ISAIAH WILKINS; CAROL COE; NATALIE NOE; MINORITY VETERANS OF AMERICA

    Plaintiffs - Appellees

v.

PETE HEGSETH, in his official capacity as Secretary of Defense; DANIEL DRISCOLL, in his official capacity as Secretary of the Army

    Defendants - Appellants

------------------------------

CENTER FOR HIV LAW AND POLICY; NATIONAL ALLIANCE OF STATE & TERRITORIAL AIDS DIRECTORS; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; WHITMAN-WALKER CLINIC, INC.; COMMUNITY RESOURCE INITIATIVE; SERO PROJECT; INSTITUTE FOR JUSTICE

    Amici Supporting Appellees

_____

O R D E R
_____

The court substitutes Daniel Driscoll for Mark Averill as a party to this proceeding.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk