April 7, 2026

Clerk of Court Nwamaka Anowi
United States Court of Appeals for the Fourth Circuit
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

SUBJECT: Corrected Petition for Rehearing *En Banc*

Dear Clerk of Court,

I filed today a corrected version of the petition for rehearing *en banc* in Appeal No. 24-2079.

The corrected petition is identical to the one filed yesterday, except for corrections to page number references in the table of contents and table of authorities. Some page number references were incorrect due to a formatting change that occurred during conversion of the document from Word to PDF.

I apologize for not noticing the format change prior to filing and for any inconvenience this may cause your office.

Sincerely,

/s/ Scott Schoettes
Scott A. Schoettes
SCOTT A. SCHOETTES, ESQ.
275 Sandy Point Trail
Palm Springs, CA 92262
sschoettes@gmail.com
(773) 474-9250

*Counsel for Plaintiffs*