April 9, 2026

Clerk of Court Nwamaka Anowi
United States Court of Appeals for the Fourth Circuit
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

SUBJECT: Status of District Court Injunctions (Appeal No. 24-2079)

Dear Clerk of Court Anowi,

We write to gain clarity on the current effect (if any) of the stay entered by the Court on December 9, 2025.

After oral argument on December 9, the panel *sua sponte* ordered a comprehensive stay—signed by you on behalf of the Court—of the district court's injunctions. *See* Dkt. 81 ("Dec. 9 Order") The order states that "enforcement of the injunction and judgment" will be stayed "pending issuance of our decision on appeal." *Id.*

On Februrary 18, the panel issued its decision (Dkt. 90) and judgment (Dkt. 91-2), and the decision has been published. *Wilkins v. Hegseth*, 167 F.4th 237 (4th Cir. 2026). As the notice of judgment makes clear, issuance of the decision and judgment marks the start of the period during which a petition for rehearing or a petition for a writ of certiorari to the U.S. Supreme Court may be filed. *See* Dkt. 91-1. On April 6, Plaintiffs filed a timely petition for rehearing (Dkt. 92), and accordingly, issuance of the mandate was stayed. *See* Dkt. 93.

We now find ourselves in a somewhat anomalous position. As undersigned counsel understand the Dec. 9 Order, the stay—which Defendants did not seek and was not argued in either the district court or this Court—is in effect only until issuance of the panel's decision. Because that decision has been issued but the judgment is not in effect pending issuance of the mandate, we seek confirmation that the injunctions are currently enforceable.

This letter is being filed to ensure timely notice of this inquiry to all parties.

Sincerely,

/s/ Scott Schoettes
Scott A. Schoettes                          Peter E. Perkowski
SCOTT A. SCHOETTES, ESQ.                     PERKOWSKI LEGAL, PC
275 Sandy Point Trail                        515 S. Flower St. Suite 1800
Palm Springs, CA 92262                       Los Angeles, CA  90071
(773) 474-9250                               213-340-5796
sschoettes@gmail.com                         peter@perkowskilegal.com

*Counsel for Plaintiffs*