FILED: April 14, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2079
(1:22-cv-01272-LMB-IDD)

_____

ISAIAH WILKINS; CAROL COE; NATALIE NOE; MINORITY VETERANS
OF AMERICA

       Plaintiffs - Appellees

v.

PETE HEGSETH, in his official capacity as Secretary of Defense; DANIEL
DRISCOLL, in his official capacity as Secretary of the Army

       Defendants - Appellants

------------------------------

CENTER FOR HIV LAW AND POLICY; NATIONAL ALLIANCE OF STATE
& TERRITORIAL AIDS DIRECTORS; AMERICAN CIVIL LIBERTIES
UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; WHITMAN-
WALKER CLINIC, INC.; COMMUNITY RESOURCE INITIATIVE; SERO
PROJECT; INSTITUTE FOR JUSTICE

       Amici Supporting Appellees

_____

O R D E R

_____

Upon consideration of appellees' motion to clarify the status of the stay of the district court's injunctions, the parties are advised that the stay in this case continues under the order and decision of this court until the decision is vacated or reversed.

For the Court

/s/ Nwamaka Anowi, Clerk