# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

ISAIAH WILKINS, et al,

          Plaintiffs-Appellees

          v.

PETE HEGSETH, et al.,

          Defendants-Appellants.

Civil Action No. 24-2079

## MOTION TO WITHDRAW AS COUNSEL
## PURSUANT TO LOCAL RULE 46(C)

Pursuant to Local Rule 46(c), counsel for Appellees, Gregory R. Nevins and Nicholas J. Hite respectfully requests that the Court grant leave for them to withdraw as counsel in this case. Appellants consented to the withdrawal. In support, counsel for Appellees states:

1.     Attorneys Nevins and Hite of Lambda Legal Defense and Education Fund, Inc. ("Lambda Legal") have filed appearances on behalf of Appellees in this case and are currently listed on this Court's docket.

2.     Lambda Legal will no longer be participating in this case. Attorneys Nevins and Hite do not need notice of filings in this

1

matter and should be removed from all service lists, including the CM/ECF system.

3.     Peter Perkowski of Perkowski Legal, PC and Scott A. Schoettes. Esq. have filed appearances and will continue to represent Appellees.

4.     Appellees have been notified that Attorneys Nevins and Hite are withdrawing as counsel from the above-captioned case. They do not object.

For these reasons, counsel for Appellees requests that the Court grant leave for Attorneys Nevins and Hite to withdraw as counsel for Appellees and remove them from all service lists.

                              Respectfully Submitted,

Dated: April 21, 2026          /s/ Gregory R. Nevins

                              Gregory R. Nevins
                              LAMBDA LEGAL DEFENSE AND
                                EDUCATION FUND, INC.
                              1 West Court Square, Ste. 105
                              Decatur, GA 30030

Linda T. Coberly
lcoberly@winston.com
Bryce Cooper
BCooper@winston.com
Winston & Strawn LLP
300 N. LaSalle Dr.
Chicago, IL 60654-3406
(312) 558-8768

Thanh D. Nguyen
TDNguyen@winston.com
Winston & Strawn LLP
2121 N. Pearl St.
9th Floor
Dallas, TX 75201
(214) 453-6500

Hannah Shankman
Hshankman@winston.com
Winston & Strawn LLP
1901 L Street NW
Washington, DC 20036
(202) 282-5000

Scott A. Schoettes
sschoettes@gmail.com
Scott A. Schoettes, Esq.
275 Sandy Point Trail
Palm Springs, CA 92262
(773) 474-9250

Peter E. Perkowski
peter@perkowskilegal.com
Perkowski Legal, PC
515 S. Flower St., Suite 1800
Los Angeles, CA 90071
(213) 340-5796

*Attorneys for Appellees*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2026, I filed the foregoing document through the Court's CM/ECF system, which will serve an electronic copy on all registered counsel of record.

Dated: April 21, 2026          /s/ Gregory R. Nevins

Gregory R. Nevins
LAMBDA LEGAL DEFENSE AND
 EDUCATION FUND, INC.
1 West Court Square, Ste. 105
Decatur, GA 30030

Linda T. Coberly
lcoberly@winston.com
Bryce Cooper
BCooper@winston.com
Winston & Strawn LLP
300 N. LaSalle Dr.
Chicago, IL 60654-3406
(312) 558-8768

Thanh D. Nguyen
TDNguyen@winston.com
Winston & Strawn LLP
2121 N. Pearl St.
9th Floor
Dallas, TX 75201
(214) 453-6500

Hannah Shankman
Hshankman@winston.com
Winston & Strawn LLP
1901 L Street NW
Washington, DC 20036
(202) 282-5000

Scott A. Schoettes
sschoettes@gmail.com
Scott A. Schoettes, Esq.
275 Sandy Point Trail
Palm Springs, CA 92262
(773) 474-9250

Peter E. Perkowski
peter@perkowskilegal.com
Perkowski Legal, PC
515 S. Flower St., Suite 1800
Los Angeles, CA 90071
(213) 340-5796

*Attorneys for Appellees*

4