# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

ISAIAH WILKINS et al.,

      Plaintiffs-Appellees,

  v.

PETE HEGSETH et al.,

      Defendants-Appellants.

Civil Action No. 24-2079

## MOTION TO WITHDRAW AS COUNSEL
## PURSUANT TO LOCAL RULE 46(C)

Pursuant to Local Rule 46(c), counsel for Appellees, Linda T. Coberly, Bryce A. Cooper, Thanh D. Nguyen, and Hannah M. Shankman of Winston & Strawn LLP, respectfully requests that the Court grant leave for them to withdraw as counsel in this case.  Appellants consent to the withdrawal. In support, counsel for Appellees states:

1.    Attorneys Coberly, Cooper, Nguyen, and Shankman of Winston & Strawn LLP have filed appearances on behalf of Appellees in this case and are currently listed on this Court's docket.

2.    Winston & Strawn LLP will no longer be participating in this case. Attorneys Coberly, Cooper, Nguyen, and Shankman do not need notice of filings in this matter and should be removed from all service lists, including the CM/ECF system.

1

3.      Peter Perkowski of Perkowski Legal, PC, and Scott A. Schoettes, Esq. have filed appearances and will continue to represent Appellees.

4.      Appellants have been notified that Attorneys Coberly, Cooper, Nguyen, and Shankman of Winston & Strawn LLP are withdrawing as counsel from the above-captioned case, and they consent to the withdrawal.

5.      Appellees have been notified that Attorneys Coberly, Cooper, Nguyen, and Shankman of Winston & Strawn LLP are withdrawing as counsel from the above-captioned case.

For these reasons, counsel for Appellees requests that the Court grant leave for Attorneys Coberly, Cooper, Nguyen, and Shankman of Winston & Strawn LLP to withdraw as counsel for Appellees and remove them from all service lists.

Respectfully submitted,

*/s/ Bryce A. Cooper*
Linda T. Coberly
lcoberly@winston.com
Bryce A. Cooper
BCooper@winston.com
Winston & Strawn LLP
300 N. LaSalle Dr.
Chicago, IL 60654-3406
(312) 558-8768

Thanh D. Nguyen
TDNguyen@winston.com
Winston & Strawn LLP
2121 N. Pearl St.
9th Floor
Dallas, TX 75201
(214) 453-6500

Hannah M. Shankman
Hshankman@winston.com
Winston & Strawn LLP
1901 L Street NW
Washington, DC 20036
(202) 282-5000

*Attorneys for Appellees*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 21, 2026, I caused this document to be filed electronically through the Court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.

DATED: April 21, 2026                    Respectfully submitted,

                                         */s/ Bryce A. Cooper*
                                         Bryce A. Cooper