FILED:  April 22, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2079
(1:22-cv-01272-LMB-IDD)

_____

ISAIAH WILKINS; CAROL COE; NATALIE NOE; MINORITY VETERANS OF
AMERICA

   Plaintiffs - Appellees

v.

PETE HEGSETH, in his official capacity as Secretary of Defense; DANIEL
DRISCOLL, in his official capacity as Secretary of the Army

   Defendants - Appellants

------------------------------

CENTER FOR HIV LAW AND POLICY; NATIONAL ALLIANCE OF STATE &
TERRITORIAL AIDS DIRECTORS; AMERICAN CIVIL LIBERTIES UNION;
AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; WHITMAN-WALKER
CLINIC, INC.; COMMUNITY RESOURCE INITIATIVE; SERO PROJECT;
INSTITUTE FOR JUSTICE

   Amici Supporting Appellees

_____

O R D E R

_____

The court grants the motions to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk