FILED: May 18, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2079
(1:22-cv-01272-LMB-IDD)
_____

ISAIAH WILKINS; CAROL COE; NATALIE NOE; MINORITY VETERANS
OF AMERICA

   Plaintiffs - Appellees

v.

PETE HEGSETH, in his official capacity as Secretary of Defense; DANIEL
DRISCOLL, in his official capacity as Secretary of the Army

   Defendants - Appellants

------------------------------

CENTER FOR HIV LAW AND POLICY; NATIONAL ALLIANCE OF STATE
& TERRITORIAL AIDS DIRECTORS; AMERICAN CIVIL LIBERTIES
UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; WHITMAN-
WALKER CLINIC, INC.; COMMUNITY RESOURCE INITIATIVE; SERO
PROJECT; INSTITUTE FOR JUSTICE

   Amici Supporting Appellees

_____

O R D E R

_____

On a poll of the court requested by a judge, the majority of judges in active service and not disqualified voted to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

The parties shall file 16 additional paper copies of their briefs and appendices previously filed in this case within 10 days.

This case is tentatively scheduled for oral argument at the next available court session.

For the Court

/s/ Nwamaka Anowi, Clerk