UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2079
(1:22-cv-01272-LMB-IDD)

_____

ISAIAH WILKINS; CAROL COE; NATALIE NOE; MINORITY VETERANS
OF AMERICA

        Plaintiffs - Appellees

v.

PETE HEGSETH, in his official capacity as Secretary of Defense; DANIEL
DRISCOLL, in his official capacity as Secretary of the Army

        Defendants - Appellants

------------------------------

CENTER FOR HIV LAW AND POLICY; NATIONAL ALLIANCE OF STATE
& TERRITORIAL AIDS DIRECTORS; AMERICAN CIVIL LIBERTIES
UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; WHITMAN-
WALKER CLINIC, INC.; COMMUNITY RESOURCE INITIATIVE; SERO
PROJECT; INSTITUTE FOR JUSTICE

        Amici Supporting Appellees

_____

O R D E R

_____

In response to the Government's Notice Regarding Status of Injunction filed on May 27, 2026, the court clarifies that the panel stay of the district court's injunction remained in effect only until the grant of en banc review on May 18, 2026.

For the Court

/s/ Nwamaka Anowi, Clerk